1  BESS M. BREWER, #100364
   1023 H Street, Suite B5
2  Sacramento, CA 95814
   Telephone: (916) 448-8600
3  Facsimile: (916) 448-8605

4  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WERT,** | Case No. 05-2100 GGH |
| **Plaintiff,** | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| **JO ANNE B. BARNHART Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of June 23, 2006 to July 27, 2006.  This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: June 7, 2006

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: June 12, 2006

McGregor W. Scott
United States Attorney

By: /s/Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 6/12/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

wert.ord